PD-0262-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 3/10/2015 1:39:12 PM
Accepted 3/11/2015 10:22:50 AM
ABEL ACOSTA
CLERK

IN THE TEXAS
COURT OF CRIMINAL APPEALS

NO. _____
(Court of Appeals No. 08-13-00039-CR

LARRY KELLEY SCOTT                                        APPELLANT

V.

THE STATE OF TEXAS                                        STATE

CDC 4-TC 0885428D

**APPELLANT'S FIRST MOTION FOR EXTENSION
OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW**

TO THE COURT OF CRIMINAL APPEALS:

Appellant moves the Court for a Thirty (30) day extension of time in which to file his petition for discretionary review in the above-referenced case, showing the Court the following:

I.

The petition for discretionary review was presently due to be filed with the Court of Appeals on March 6, 2015 (that date being the 30th day from the issuance of the Court of Appeals unpublished written Opinion on February 4, 2015) with the 15th day from that date being March 21, 2015. This is appellant's first requested extension.

II.

FILED IN
COURT OF CRIMINAL APPEALS

March 11, 2015

ABEL ACOSTA, CLERK

An extension is necessary because counsel's numerous trial court settings and the fact that he was only recently substituted as first-chair counsel on appeal, replacing David L. Richards, who left private practice to be employed by the Office of the Criminal District Attorney for Tarrant County.

III.

Petitioner was convicted of the felony offense of possession of methamphetamine, 1-4 grams. The conviction was upheld by the El Paso Court of Appeals in an opinion which issued February 4th, making this requested extension of time to file the petition for discretionary review, due no later than March 21, 2015.

Wherefore, in the interest of justice, appellant requests a **30 day** extension in connection with the filing of his petition for discretionary review so as to make it due no later than **Monday, April 6, 2015.**

Respectfully Submitted,

CHARLES E. SMITH II
State Bar No. 18723050
1019 Mitchell Street
Fort Worth, Texas 76013
Phone: 817/274-3331
cesmithii49@sbcglobal.net

## CERTIFICATE OF SERVICE

The undersigned, Charles E. Smith, certifies that he has been advised that

copy of this document has been e-filed with the appellate division of the

Tarrant County District Attorney's Office this 9th day of March, 2015.

_____

CHARLES E. SMITH II
cesmithii49@sbcglobal.net